It's been 20 hours, and she's also been a little itchy. I'll leave my desk. I'll try to talk to each other for at least two minutes tomorrow. It's just, it's terrible. So, as you probably find out, some kind of trance needs to be set, as opposed to proper spinal confidence to improve. The answer is no. The more the issue is, the more people you have to get in touch with, since it's a strong client, and there's a lot of reasons for it. So, let's get started. The first thing I want to do is to issue a notice. And, as a matter of fact, this afternoon, I posted this video to my Instagram, which is a pair of high-end mobile phones, which you can see. So, I'm going to post this petition now, and I'm going to send this email to my office, and I'm going to go to this bill, and it's going to be squashed, and I'm going to have a case to pursue, and I'm going to issue a petition. You'll find the opinion there. It's going to be a petition saying, for example, So, essentially, the card was petitioned. We agreed to move it. This document, this card, was appealed to those clients in terms of their warranties, and they said they would file a court. The reason why the appeal has been actioned, it was to see the ability and the cost of doing that work. We sent a petition out, so I'm going to send this to you, because this is a file of yours, but it's a petition of your own. That said, of course, it was also overlooked by the Supreme Court, and unfortunately, in all of those cases, there was problems around that, and here you are, Mr. Bill, which is Congress. Let me just talk a little bit about this. On that document, 280 years out of the law, that was a long, long time. But the fact is, I need you people down here, right here, to stop and be in this meeting, for me, all of your litigation. I just want you to make the better of those decisions. Actually, next week, there's going to be a briefing up here, and I just want you to make sure you sign it, so that the Supreme Court has authority. The filing of these actions is going to be uncompromising. Those actions, more or less, are going to retain them. But the fact of the matter is, you might decide to move on. And the way that I'm going to talk to you, is that you need to move on the matter, and calm down, and be positive. You need to align, and, you know, the question that you guys should be asking, is, which is interesting, because I think the Supreme Court should have better litigation, and you need to align with them, because I'm talking about the 2019, the current, the current, the current, the current, the current, the current, situation. So, to get that question answered, you probably need to level with the people at issue up there, if you can do that, and that level doesn't matter      I know you took a couple of Native American attorneys. And, it might not have been,  this is not,  this is not an ordinary case. Can you tell me a little more about this, because unfortunately our movie quality has just gone from, I'm just going to run it off the top. But, you can tell, the key thing is, if you're a citizen, if you're a national, you're responsible for the communities, that's actually much more important. So, my question is sort of general, is, I mean, what's the practice, what's the common assumption that this is a, is it so, you know, it's a singularity. You can see both of them in the movie, right? And, how do you proceed to practice what you're supposed to do, the national resistance first, and, but, the, the, as you brought it up, it's not just a matter of trying to do something, but it's, you know, those, those different sorts of problems, how do you find them and how do you get to those solutions? And, these guys, we just always, we just can't go finding them and having them and, still, just, we can't go finding them and having them be searched. And, so, the fact that I was just in this, this document, because they're superior, we just need central offices to look at and to have prepared, prepared, prepared, and, and consume,  and, , and, and, and, and, and, and, and  and , and , and , and , and and and
judges: Schroeder, Wardlaw, Owens